IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff - Appellant,            2:07-cv-01399-HDM-RAM

    vs.                                            C/A # 08-16312

T. FELKER; M.D. MCDONALD; *et al.*,            **ORDER ON MANDATE**

    Defendant - Appellees.

_____/

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on December 16, 2008 issued its mandate affirming the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

    DATED this 18th day of December, 2008.

*/s/ Howard D. McKibben*
_____
United States District Judge