UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD THOMAS**,<br><br>         Plaintiff,<br><br>  v.<br><br>**T. FELKER, et al.**,<br><br>         Defendants. | No. 2:07-cv-01399-AK<br><br>**ORDER** |

Thomas's Motion to Dismiss Without Prejudice (docket entry 41) is granted.

March 9, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation